IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
RESOURCE TITLE AGENCY, INC., et al. : CASE NO.  1:03 CV 2516
 :
                      Plaintiffs :
 :
         -vs- : <u>ORDER REGARDING DEADLINES</u>
 :
 :
MORREALE REAL ESTATE :
SERVICES, INC., et al. :
 :
                    Defendants :
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      Before this Court is the parties' joint motion to amend the case management plan. For good cause shown, the Court grants the motion and amends the case schedule as follows:

- Plaintiffs shall produce to defendants, on or before 8 July 2005, a "final, non-expert amended damages analysis and all documents tabbed by all parties which was the subject of Plaintiffs' document production."  (Docket #48, at 1).

- Discovery deadline is 30 August 2005.

- Counsel shall prepare a Joint Stipulation of Facts and file it with the Court on or before 11 September 2005.

- A settlement conference will be held on 22 September 2005, at 2:00 p.m. in Judge Wells' Chambers, 18A United States Court House, 801 West Superior Avenue.  **All parties, lead counsel of record, and all persons with full authority to enter into settlement negotiations and binding settlement agreements shall be present.**

- Dispositive motions are due on or before 19 November 2005.

All other dates remain unchanged.

IT IS SO ORDERED.

   /s/ Lesley Wells
UNITED STATES DISTRICT JUDGE