IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
RESOURCE TITLE AGENCY, INC., et al. : CASE NO. 1:03 CV 2516
:
                              Plaintiffs :
:
                 -vs- : <u>ORDER OF REFERRAL</u>
:
:
MORREALE REAL ESTATE :
SERVICES, INC., et al. :
:
                          Defendants :
------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      Pursuant to Local Civil Rule 37.1, a discovery dispute has been certified to the Court by a letter sent on behalf of all parties indicating that an impasse had been reached concerning the location of Rule 30(b)(6) depositions of the defendants and individual depositions of defendants' employees. As this Court has only received a faxed copy of the letter, Anthony Stringer, the author of the letter and counsel for Morreale, Mack & Terry, is hereby ordered to file it electronically.

      This case is referred to United States Magistrate Judge Kenneth S. McHargh for the purpose of resolving the discovery dispute. Moreover, Magistrate Judge McHargh shall supervise discovery in this case and shall hear and determine all pretrial motions

concerning discovery matters and all non-dispositive motions, except those specifically exempted by 28 U.S.C. § 636(b)(1)(A).

    IT IS SO ORDERED.

                                         /s/ Lesley Wells
                                         UNITED STATES DISTRICT JUDGE